UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v.  § | CRIMINAL NO. 3: 22-cr-0018 |
| § | |
| FRANKLIN TREJO-CHAVARRIA, § | |
|    a/k/a "Impulsivo," § | |
| § | |
| EDGARDO MARTINEZ-RODRIGUEZ, § | (RICO Conspiracy, 18 U.S.C. § 1962(d); |
|    a/k/a "Largo de Pino," a/k/a "Largo," § | Murder in Aid of Racketeering, |
|    a/k/a "Edgar," a/k/a "Payaso," § | 18 U.S.C. § 1959(a)(1); Conspiracy |
| § | to Commit Murder in Aid |
| JULIO VIGIL-LOPEZ, § | of Racketeering and Attempted |
|    a/k/a "Hades," § | Murder in Aid of Racketeering, |
| § | 18 U.S.C. § 1959(a)(5); Using, |
| WALTER ANTONIO CHICAS-GARCIA, § | Carrying, Brandishing, and |
|    a/k/a "Walter," a/k/a "Mejia," § | Discharging a Firearm During and |
| § | in Relation to a Crime of Violence, |
| LUIS ERNESTO CARBAJAL-PERAZA, § | 18 U.S.C. §§ 924(c)(1)(A)(i)-(iii); |
|    a/k/a "Destino," a/k/a "Chele," § | Causing Death Through the Use of |
| § | a Firearm, 18 U.S.C. § 924(j); |
| CARLOS ALEXI GARCIA-GONGORA, § | Obstruction of Justice, 18 U.S.C. |
|    a/k/a "Garcia," a/k/a "Lil Maligno," § | § 1512(c)(1); and Aiding and |
| § | Abetting, 18 U.S.C. § 2; Forfeiture, |
| WILSON JOSE VENTURA-MEJIA, § | 18 U.S.C. §§ 981(a)(1)(C) & 1963, |
|    a/k/a "Discreto," a/k/a "Disco," § | 21 U.S.C. § 853, 28 U.S.C. § 2461(c)) |
| § | |
| ANGEL MIGUEL AGUILAR-OCHOA, § | |
|    a/k/a "Darki," § | |
| § | |
| MARLON MIRANDA-MORAN, § | |
|    a/k/a "Chinki," § | |
| § | |
| WILMAN RIVAS-GUIDO, § | |
|    a/k/a "Inquieto," and § | |
| § | |
| CARLOS ELIAS HENRIQUEZ-TORRES, § | |
|    a/k/a "Kalin," § | |
| § | |
|    Defendants.  § | |

1

## **NOTICE OF INTENT NOT TO SEEK THE DEATH PENALTY**

COMES NOW the United States of America, by and through its counsel, Alamdar S. Hamdani, United States Attorney for the Southern District of Texas, John M. Lewis and Britni Cooper, Assistant United States Attorneys, David L. Jaffe, Chief of the Organized Crime and Gang Section of the U.S. Department of Justice, Julie Finocchiaro, Gerald Collins, and Matthew Hoff, Trial Attorneys, hereby notifies the Court and counsel for the following Defendants that it does not intend to seek the death penalty against them:

Walter Antonio Chicas-Garcia

Luis Ernesto Carbajal-Peraza

Carlos Alexi Garcia-Gongora

Wilson Jose Ventura-Mejia

Angel Miguel Aguilar-Ochoa

Marlon Miranda-Moran

Carlos Elias Henriquez-Torres

Respectfully submitted,

*/s/ John M. Lewis*
John M. Lewis
Britni Cooper
Assistant United States Attorneys
United States Attorney's Office
Southern District of Texas

Julie A. Finocchiaro
Gerald Collins
Matthew Hoff
Trial Attorneys
Department of Justice
Organized Crime and Gang Section

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to all counsel of record for each defendant on the date of this filing via ECF notification and electronic mail.

/s/ *John M. Lewis*
John M. Lewis
Assistant United States Attorney
United States Attorney's Office
Southern District of Texas